No. 80–276. Westinghouse Electric Corp. *v.* Vaughn et al. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Texas Dept. of Community Affairs* v. *Burdine, ante,* p. 248. Justice Stewart took no part in the consideration or decision of this case.